IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TREVOR RYAN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-295-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Trevor Ryan's motion for post conviction relief under 28 U.S.C. § 2255 is denied as untimely.

By: *L. Jensen, Deputy Clerk*
Peter Oppeneer, Clerk of Court

JUN 21 2010
Date